## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL BENJAMIN**
**ADC #139727**                                                                          **PLAINTIFF**

**V.**                                      **5:09CV00277 WRW-BD**

**LARRY NORRIS,** *et al.*                                                               **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims are DISMISSED without prejudice**.**

IT IS SO ORDERED this 30th day of November, 2009.


                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE